**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BONNETTE,<br><br>             Plaintiff,<br><br>     v.<br><br>JEAN L. FORD,<br><br>             Defendant. | Case No. 1:15-cv-00501-SMS<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed April 1, 2015, Plaintiff Phillip Bonnette seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. Nonetheless, the Clerk of Court is directed not to issue new case documents until the Court has completed screening the complaint.

IT IS SO ORDERED.

   Dated:   **April 3, 2015**                    **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE

1